UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Vivian Dorothea Grover-Tsimi,

        Plaintiff,

v.

State of Minnesota, et al.,

        Defendants.

Civil No. 09-2852 PJS/AJB

**ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND MOTIONS TO DISMISS BY STATE OF MINNESOTA AND CITY OF MINNETONKA DEFENDANTS**

Vivian Dorothea Grover-Tsimi, 210 1st Ave. N.W., #302, New Prague, Minnesota 56071, pro se plaintiff;

Anna E. Jenks, Esq., for defendant State of Minnesota;

Stephanie A. Angolkar, Esq., for defendants City of Minnetonka, Michael Nelson, and Michael Bruckner; and

Roger L. Rowlette, Esq., for defendants Scott County, Sarah Gorman, John Hoffer, Scott Anderson, Louis Steinhoff, and Kevin Studnicka.

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated June 17, 2010, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

1. Plaintiff Vivian Dorothea Grover-Tsimi's Request for Default Judgment [Docket No. 15], plaintiff's Motion for Entry of Default Final Judgment [Docket No. 36], and plaintiff's re-served Motion for Entry of Default Final Judgment [Docket No. 46] are **denied**;

2. Defendant State of Minnesota's Motion to Dismiss [Docket No. 10] is **granted**; and

3. Motion for Dismissal and Motion to Sever Plaintiff's Claims against the City of Minnetonka, Michael Bruckner, and Michael Nelson is **granted in part and denied as moot in part** [Docket No. 17]. The Minnetonka defendants' motion to dismiss is **granted** and their motion to sever is **denied as moot**;

4. Ramsey County defendants shall file an amended answer to appropriately reflect the status of representation and waiver or non waiver of personal service of process by defendant John Grover.

Dated:    07/07/10                                           s/Patrick J. Schiltz
                                                             Patrick J. Schiltz
                                                             United States District Judge